FILED
SEP 19 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **4:19CR00757 HEA/SPM** |
| ) | |
| v. ) | |
| ) No. | |
| ) | |
| ERIC NYEMBE CASEY, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

The Grand Jury charges:

**COUNTS 1 THROUGH 2**

(Aggravated Identity Theft)

**A.   INTRODUCTION**

1. **ERIC NYEMBE CASEY**, a resident of South Africa who is a lawful resident of the United States, purchased the identifying information of C.L.K., a United States citizen, from an unknown third party.

2. As early as February 9, 2006 and continuing through July 19, 2018, **ERIC NYEMBE CASEY**, hereinafter referred to as "**CASEY**," began to obtain driver's licenses, a United States passport, federal program benefits, health care, and credit using the identifying information of C.L.K.

1

3. Although C.L.K. was convicted of various felonies between June 27, 2003 and August 26, 2016, **CASEY** registered to vote in the State of Missouri on October 15, 2007.

4. **CASEY** used the voter registration of C.L.K. to vote on November 4, 2008, November 6, 2012, March 15, 2016, and November 8, 2016.

5. On October 29, 2007, the State of Missouri accepted **CASEY'S** representation that he was C.L.K. in issuing birth certificates naming C.L.K. as the father of **CASEY'S** infant children.

B. **FRAUDULENT TRANSACTION**

6. On or about the dates listed below, within the Eastern District of Missouri, the defendant,

**ERIC NYEMBE CASEY,**

knowingly transferred, possessed, and used, without lawful authority, the means of identification of another person, to wit, the name, date of birth, and social security number of C.L.K., during and in relation to the felony offenses of: social security fraud, Title 18, United States Code, Section 408; passport fraud, Title 18, United States Code, Section 1542; making false statements, Title 18, United States Code, Section 1001; and, false claim of United States citizenship, Title 18, United States Code, Section 911;

| COUNT | DATE | FRAUDULENT TRANSACTION |
|---|---|---|
| 1 | July 21, 2016 | Application for Food Stamp Assistance |
| 2 | September 30, 2016 | Voter Registration in the State of Missouri |

All in violation of Title 18, United States Code, Section 1028A.

2

## COUNT 3

(Aggravated Identity Theft)

The Grand Jury realleges the facts set forth in paragraphs 1 through 5.

B.  **FRAUDULENT TRANSACTION**

7. On or about July 19, 2018, within the Eastern District of Missouri, the defendant,

**ERIC NYEMBE CASEY,**

knowingly transferred, possessed, and used, without lawful authority, the means of identification of another person, to wit, the name, date of birth, and social security number of C.L.K., during and in relation to the felony offenses of: social security fraud, Title 18, United States Code, Section 408 and health care fraud, Title 18, United States Code, Section 1035.

In violation of Title 18, United States Code, Section 1028A.

## COUNTS 4 THROUGH 5

(Theft of Government Funds)

The Grand Jury realleges the facts set forth in paragraphs 1 through 6.

**B. FRAUDULENT TRANSACTION**

8. On or about the dates listed below, within the Eastern District of Missouri, the

3

defendant,

## ERIC NYEMBE CASEY,

did embezzle, steal, purloin, and knowingly convert to his use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, that being, Social Security disability payments in the amounts listed below:

| **COUNT** | **DATE** | **AMOUNT** |
|---|---|---|
| 4 | August 3, 2016 | $1,311.00 |
| 5 | September 2, 2016 | $1,311.00 |

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL.


FOREPERSON


JEFFREY B. JENSEN
United States Attorney


TRACY LYNN BERRY - 014753 TN
Assistant United States Attorney

4