IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19CR757 HEA |
| ERIC CASEY, | ) |
| Defendant. | ) |

## STATUS REPORT

COMES NOW Attorney for Defendant, Lucille G. Liggett, Assistant Federal Public Defender, and provides the Court with the status of the case for disposition.

The parties have reached a plea agreement in this case. Counsel has reviewed the plea agreement with Defendant and Defendant has signed the plea agreement.

Counsel for Defendant will contact the Court and set this case for a change of plea hearing.

Respectfully submitted,

/s/Lucille G. Liggett
LUCILLE G. LIGGETT, #34589MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Lucy_Liggett@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Tracy Berry, Assistant United States Attorney.

/s/Lucille G. Liggett
LUCILLE G. LIGGETT, #34589MO
Assistant Federal Public Defender